UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY R. PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary, Department of the Interior,<br><br>Defendant. | NO. CV-08-3020-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Order of Dismissal (Ct. Rec. 32). The parties ask the Court to dismiss the above-captioned action in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal (Ct. Rec. 32) is **GRANTED.**

2. All claims against the United States, its Agencies, and employees in the above-entitled action are dismissed with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 12th day of June, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Peterson\dismiss.ord.wpd

**ORDER OF DISMISSAL * 1**